State Mutual Life Assurance Company, appellee and cross appellant, v. Jean S. Rath et al., defendants below, Norman A. Stilwell, appellee and cross appellee. Appeal of David P. Stearns and Alberta N. Stearns, appellants. Gen. No. 39,800.

Opinion filed May 11, 1938. Rehearing denied May 26, 1938.

Collins, Holloway & Kelly and S. E. Quindry, for appellants; S. E. Quindry and John Tone Kelly, of counsel. Brown, Fox & Blumberg, for certain appellee. Defries, Buckingham, Jones & Hoffman, for certain other appellee.

Mr. Justice Hall delivered the opinion of the court.

City of Chicago, appellee, v. John Sengstacke, appellant. Gen. No. 39,812.

Opinion filed May 11, 1938.

James B. Cashin, for appellant; Thomas P. Harris and Edward B. Toles, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Alexander I. Resa and Arthur Chittick, Assistant Corporation Counsel, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Charlotte Gadsky and Greta Gadsky, appellants, v. H. R. Bentley and Seneca Petroleum Company, appellees. Gen. No. 39,656.

Opinion filed May 11, 1938.

H. Kay George, for appellants; Clyde C. Fisher, of counsel. George C. Bliss, for appellees.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.